FILED

MAR 26 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

TSH

CV24-1866

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, NORTHERN

CARL A. WESCOTT,

                  Plaintiff,

vs.

META PLATFORMS, INC.

                  Defendants.

+ DOES 1 through 10

Civil Action No. _____

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE; also seeking DECLARATORY RELIEF, and INJUNCTIVE RELIEF**

Plaintiff Carl A. Wescott, proceeding *pro se,* using the assigned legal claims of Capital Ideas, WLL (Exhibit A), complains of Defendant Meta Platforms, Inc. ("Meta"), and in support of his complaint, the Plaintiff states as follows.

**The Parties: Plaintiff and Defendant**

1. Carl Wescott is an individual presently residing in Scottsdale, Arizona.

2. Defendant Meta Platforms, Inc. ("Meta Platforms", or "Meta") is a Delaware corporation with its principal place of business in Menlo Park, California. As relevant here, Meta Platforms, through itself or its subsidiaries, develops, markets, and operates social media platforms and other internet-based platforms and products including Facebook, Instagram, Messenger, and

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE
also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

1

WhatsApp. Meta Platforms transacts or has transacted business in this District, the Filing States, and throughout the United States. At all times material to this Complaint, acting alone or in concert with its subsidiaries (identified below), Meta Platforms has advertised, marketed, and distributed its social media platforms to consumers throughout the United States. Meta Platforms was formerly known as Facebook, Inc. until it changed its corporate name in October 2021. In 2004, Mark Zuckerberg founded the social media platform Facebook, while a student at Harvard University. Zuckerberg dropped out of Harvard to develop the Platform into a company, and it became known as Facebook, until the recent name change to Meta Platforms, Inc. ("Meta").

3.  Capital Ideas, WLL ("Capital Ideas") is the Plaintiff's limited liability entity, the party that has agreed to finance thousands of units of housing in Zambia and other countries.  The Plaintiff and Capital Ideas are in the business of making investor introductions that result in closed investment deals.

4.  To differentiate between Carl Wescott, the Plaintiff with the assigned legal claims of legal person Capital Ideas, and Carl Wescott, the individual, "Carl Wescott" shall refer to the natural person Carl Wescott.

5.  Collectively, the Plaintiff and Meta Platforms, Inc. ("Meta") are "the Parties."

**Allegations regarding conspiracy between defendants**

6.  Plaintiff is informed and believes and thereon alleges that at all times material to this Complaint, individuals as yet unknown to the Plaintiff, in addition to acting for himself and herself and on their own behalf individually, as well as for the benefit of their marital community (if any), is

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

and was acting as the agent, servant, employee, and/or representative of, and with the knowledge, consent, and permission of, and in conspiracy with, each and all of the other Defendants (individual and entities) and within the course, scope, and authority of that agency, service, employment, representation, and conspiracy.

7. Plaintiff further alleges on information and belief that the acts of each of those individual Defendants were fully ratified by each and all of the other Defendants.

8. Specifically, and without limitation, Plaintiff alleges on information and belief that the tortious actions, failures to act, breaches, and negligence alleged herein and attributed to one or more of the specific individual Defendants were approved, ratified, and/or done with the cooperation and knowledge of each and in conspiracy with all other Defendants (individual and corporate).

9. In addition, upon information and belief, there are other corporate, trust, and other entity type Defendants involved in these conspiracies, currently unknown to Plaintiff.   They, too, shall emerge with the benefit of legal discovery.

10. Plaintiff is informed and believes and thereon alleges that at all times material to this Complaint, all such corporate entities, in addition to acting for itself and for its own behalf, was acting as the agent, servant, and/or representative of, and with the knowledge, consent, and permission of, and in conspiracy with, each and all of the Defendants (entity and individual) and within the course, scope, and authority of that agency, service, employment, representation, and conspiracy.

11. Plaintiff further alleges on information and belief that the acts of each of the entity Defendants, too, were fully ratified by each and all the Defendants.  Specifically, and without limitation, Plaintiff alleges on information and belief that the tortious actions, failures to act, breaches, and

3
**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE
also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

1    negligence alleged herein and attributed to one or more of the specific entity Defendants were

2    approved, ratified, and/or done with the cooperation and knowledge of each and in conspiracy

3    with all other Defendants (individual and corporate).

4

5

6    **Jurisdiction and Venue**

7    12. Defendant Meta is domiciled in this district, in Menlo Park.  Thus, this Court is the appropriate

8       venue for adjudication of the parties' issues.

9    13. This is an action for damages pursuant to 28 U.S.C. § 1332 based on diversity of citizenship and

10      a claim for damages greater than US $75,000.  Alleged damages are explained in further detail

11      below as they are critical to this Court establishing subject-matter jurisdiction.

12

13   14. Supplemental jurisdiction over the Plaintiff's California state law claims is pursuant to 28

14      U.S.C. § 1367 and the fact that the defendant is domiciled in this district, with significant

15      *indicia* here in San Francisco County.

16

17   **Subject-Matter Jurisdiction – Background and Legal Standards**

18   15. With damages of $75,000 and the diversity of citizenship of Plaintiff and Defendants, the

19      Plaintiff would qualify for United States District Court under 28 U.S. Code § 1332(a)(1):

20

21      DIVERSITY OF CITIZENSHIP; AMOUNT IN CONTROVERSY; COSTS

22      **(a)**The district courts shall have original jurisdiction of all civil actions where the matter in
        controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is

23      between—
             **(1)** citizens of different States;   *(28 U.S. Code § 1332 (a)(1))*

24

25   16. The Plaintiff resides in Arizona (his legal domicile) and the Defendant is a citizen of California.

26
                                            4
                **PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
                **also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

1   17. Thus, the parties have complete diversity of citizenship.

2   18. The Plaintiff will add the facts, logic, and reasoning supporting the Plaintiff's thinking that his
3        recoverable damages will be greater than US $75,000.

4
5   19. To qualify for federal court under complete diversity of citizenship, the amount in controversy
6        must exceed the sum or value of $75,000, exclusive of interest and costs (*28 U.S.C. § 1332(a)*
7        *(2014)*).

8   20.  The determination of the amount in controversy for federal subject matter jurisdiction is an
9        issue decided under federal law.  14AA FEDERAL PRACTICE AND PROCEDURE § 3702
10       (4th ed. 2014) [hereinafter "FEDERAL PRACTICE"]. See *Horton v. Liberty Mut. Ins. Co.*, 367
11       U.S. 348, 352 (1961).
12
13  21. Federal courts will, however, look to applicable state law to determine the nature of the
14       plaintiff's substantive claim and related damages. FEDERAL PRACTICE § 3702. See *Horton*,
15       367 U.S. at 352-353.

16  22. Numerous courts, including the United States Supreme Court have held that the amount in
17       controversy for jurisdictional purposes is measured by the direct pecuniary value of the right
18       that the plaintiff seeks to enforce or the value of the object that is the subject matter of the suit.
19       FEDERAL PRACTICE § 3702.5. See *Hunt v. Washington State Apple Advertising Com'n*, 432
20       U.S. 333, 97 S.Ct. 2434, 53 L. Ed. 1067 (1947).
21
22  23. The direct pecuniary value of the right is simply an estimate of the total amount in dispute rather
23       than an assessment of liability. *Lewis v. Verizon Communications, Inc.*, 627 F.3d 395, 400 (9th
24       Cir. 2010).

25

26
**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

24. The amount in controversy is determined without considering accrued or accruing interest or the costs associated with the lawsuit. (*28 U.S.C. § 1332(b)*)

25. Courts have held that collateral effects will not be taken into account when calculating the amount in controversy. FEDERAL PRACTICE § 3702.5. See *Healy v. Ratta*, 292 U.S. 263, 267 (1934) ("the collateral effects of the decree, by virtue of stare decisis, upon other and distinct controversies, may not be considered in ascertaining whether the jurisdictional amount is involved, even though their decision turns on the same question of law."). See also *New England Mortg. Sec. Co. v. Gay*, 145 U.S. 123, 130 (1892) ("It is well settled in this court that, when our jurisdiction depends upon the amount in controversy, it is determined by the amount involved in the particular case, and not by any contingent loss either one of the parties may sustain by the probative effect of the judgment, however certain it may be that such loss will occur.").

26. The amount in controversy may include compensatory damages including general and special damages such as pain and suffering and out of pocket loss. The amount in controversy may also include punitive damages. *Anthony v. Security Pac. Fin. Servs., Inc.*, 75 F.3d 311, 315 (7th Cir. 1996); *Watson v. Blankinship*, 20 F.3d 383, 386-387 (10th Cir. 1994).

27. When there is direct legal authority, by statute or contract, for the recovery of attorneys' fees, then the fee claim may be included in determining the amount in controversy regardless of whether the award of fees is mandatory or discretionary. *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 155-1156 (9th Cir. 1998).

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

**Subject-Matter Jurisdiction with the Alleged Facts of this Particular Case**

28. The Plaintiff plans to get an attorney for this case in the future, if necessary.

29. The Plaintiff may already have lost well over $100,000 in one prospective deal with a developer of 14,000 houses.

30. The Plaintiff would expect to make hundreds of thousands of dollars in the first closing with the relevant client, and then significant more sums in future closings.

31. If that developer moves forward with another broker for its construction loans, the Plaintiff will have been permanently deprived of that opportunity and the resulting revenues.

32. The Plaintiff fully acknowledges that the impact of the hijacked Facebook account, that Meta has yet to help restore to Carl Wescott, its rightful owner, may only be a delay rather than a permanent deprivation.

33. He is connected to that particular business contact on Facebook, where the relevant parties message each other.

34. He is connected to thousands of other people on Facebook, some of whom he is doing business with or who serve as the conduit for business opportunities.

35. In many cases, the Plaintiff does not have other contact information for these friends and associates.

36. Even in the case where the Plaintiff will get his Facebook account back and restore communications, the value of the delay alone in significant revenue is over $100,000.

37. Of course, at this point, the Plaintiff has likely been permanently deprived of many relevant opportunities, losing larger sums than the $100,000+.

38. Therefore, it's easy to see that the Plaintiff has over $100,000 of base damages and that that

7

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

number is conservative.

39. $100,000 exceeds the threshold ($75,000) for federal subject-matter jurisdiction.

**Underlying Facts & Background Context – Mr. Wescott as a customer of Meta**

40. Carl Wescott, like many consumers, uses Meta's Facebook product, for his personal and business communications.

41. Mr. Wescott also uses Meta's WhatsApp platform for the majority of his business communications.

42. Carl Wescott has been a paid customer of Meta, paying for WhatsApp in the past, and has used other Meta platforms.

**Block Criminal Gang Hijacks Plaintiff Gmails, Cell Phones, and Facebook account**

43. Beginning in 2019, strange things began happening with the Plaintiff's cell phones and emails. For example, some emails that he knew he had received were deleted, without the Plaintiff deleting them.

44. Beginning in 2019, the Plaintiff began losing emails, including gmail accounts, that were "hijacked."

45. By "hijacked", the Plaintiff means that someone else took over the account and changed the password, with the Plaintiff no longer able to access his email account.

46. It has taken some time for the Plaintiff to figure out what has been happening to him.

47. The Plaintiff now knows the identity of some of the people who have been hijacking his email accounts, his laptops, and other accounts, including his Facebook account/

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE
also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

48. The Plaintiff also knows their *modus operandi*, including how they have been stealing and hijacking his email accounts and his laptops via their administrator accounts.

49. Mr. Robert J. Block ("Block") is the main person who has been doing this, with many people in his criminal gang involved ("the Bob Block Criminal Gang", or the "Block Criminal Gang").

50. Mr. Block stole the Plaintiff's birth certificate, stole the Plaintiff's passports, stole his passport cards, and stole his identity.

51. Mr. Block uses the Plaintiff's stolen identity for significant further crime.

52. Mr. Block is a former Illinois attorney who became disbarred in 1997.

53. Mr. Block ultimately became homeless after disbarment when he could not pay his bills and then turned to a life of crime.

54. Mr. Block has many other victims, but the Plaintiff is one of his main victims.

55. Mr. Block has stolen cell phones, laptops and more from the Plaintiff many times.

56. Mr. Block is, unfortunately, also the Plaintiff's stalker, who follows the Plaintiff around, harassing the Plaintiff and stealing from him.

57. The Plaintiff has filed Restraining Orders against Mr. Block in California and Arizona.

58. The Plaintiff has also filed many police reports about Mr. Block and the Bob Block Criminal Gang.

59. Unfortunately, Mr. Block and his criminal gang members are not yet locked up.

60. Mr. Block and the Bob Block Criminal Gang are still a danger to the Plaintiff and to society at large.

61. While there are other ways that Mr. Block has taken over the Plaintiff's accounts, the primary way has been to switch the Plaintiff's cell phone service to Mr. Block's cell phone.

9

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

62. Most people set up recovery accounts for their emails and our laptops and more.

63. Carl Wescott was also in the habit of setting up a recovery phone – his cell phone – for his emails and his laptop administrator accounts.

64. When Mr. Block temporarily controls the Plaintiff's cell phone service (by switching service to Mr. Block's cell phone), Mr. Block can and does use the Plaintiff's cell service to call and message people pretending to be the Plaintiff.

65. (Mr. Block commits many felonies every time he does this)

66. More germane to the subject at hand, while using the Plaintiff's cell phone service with his cell phone, Mr. Block has then been able to take over the Plaintiff's emails on many occasions, and his laptop administrator accounts on many occasions.

67. Mr. Block simply uses the email phone recovery option to "recover" (in Mr. Block's case, it's a theft, not a recovery) of the email address or the laptop administrator account.

68. Now that the Plaintiff is aware how Mr. Block and the Bob Block Criminal Gang commit some of their crimes, Mr. Block and his criminal gang members are less likely to be able to take over the Plaintiff's laptop and other accounts.

69. This doesn't help the Plaintiff, however, in accounts that the Bob Block Criminal Gang has already stolen in the past.

70. In August and September of 2023, Mr. Block and other criminal gang members hijacked more of the Plaintiff's email accounts, including two that the Plaintiff uses to log into Facebook.

71. Mr. Block and Block Criminal Gang members switched the Plaintiff's Dubai cell phone service (+971 55 0298 0278, with provider Du) to another cell phone.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE
also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

72. Mr. Block and other Block Criminal Gang members took over the Plaintiff's emails and laptops, shutting him out.

73. Mr. Block and other Block Criminal Gang members hijacked the Plaintiff's Facebook account, changing his password, shutting him out.

74. The Plaintiff knows the last two passwords he used for Facebook but could not use the Facebook recovery process as the process relies on the emails and cell phone that the Block Criminal Gang hijacked.

**Plaintiff's attempts with Meta employees to get back his accounts**

75. When the online Facebook recovery process has not worked to get the Plaintiff's account back, the Plaintiff has contacted people in Facebook customer service and customer support in various ways to get help getting his Facebook account back.

76. The Plaintiff has called Facebook, but this has not been a good way to get assistance on his issues.

77. The Plaintiff has read everything relevant that Facebook has online about account recovery.

78. The Plaintiff has contacted individual people at Facebook to get their help in getting his accounts back.

79. The Plaintiff has used the Facebook "hacked" recovery process, emailing hacked@fb.com at least ten (10) times.  An example email is in Exhibit B.

80. The Plaintiff has written letters, too, to Facebook employees, such as the one in Exhibit C.  Mr. Wescott, by way of example, has contacted Mr. Alison four times in November, December, January, and February.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE
also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

81. The Plaintiff realizes that Mr. Alison and all other Facebook employees are busy. The Plaintiff figured Mr. Alison could delegate to someone in his organization.

82. More germane to the Plaintiff's concerns expressed herein, the Plaintiff has not even received a response from the Facebook employees who administer the hacked@fb.com email address and other relevant email addresses.

83. The Plaintiff has no issues with his Facebook accounts themselves, but he has hoped – still hopes – that Facebook employees will help him get his accounts back.

84. This is not a legal complaint concerning his use of his Facebook account, but rather the negligence of Facebook employees in not doing what Facebook says they are supposed to do for hacked accounts, for a paying customer of Meta Platforms Inc.

85. The Plaintiff knows that Facebook (in general) wants the best for its customers. Facebook is clearly anti-crime, pro-business, and pro-customer.

86. So far, despite his many attempts to get back his Facebook account with help from Facebook employees, the Plaintiff still does not have his Facebook account back, that he is the rightful owner of.


**Impact on the Plaintiff**

87. With the loss of his Facebook account and Meta Platforms Inc. employees not helping him get them back, the Plaintiff has likely lost hundreds of thousands of dollars or more.

88. By way of example, the Plaintiff has lost contact with people related to a deal to finance 14,000 houses in Zambia, in which he expected to make hundreds of thousands of dollars (or more).

89. There are many other examples of business opportunities lost with his more than 5000 friends

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

and associates, that he was in touch with via his Facebook account, Messenger, and other related Meta Platforms products.

90. All damages, including the full amounts of damages, shall be proven at jury trial.

**Jury trial**

91. The Plaintiff, unfortunately, has been left with no choice but to file this legal complaint in hopes that justice can be served.

92. Under the Seventh Amendment to the United States Constitution, the Plaintiff has a right to a jury trial for his Constitutionally-protected petitioning rights. (Also, as per *Fed. R. Civ. P 38(b)*).

93. The Plaintiff hereby respectfully requests a jury trial on all issues raised herein, including all triable facts and issues related to his current causes of action and any facts, issues, requests, and/or causes of action that the Plaintiff or his future attorney may add within the timelines allowed by this Court.

**Planned Declaratory Relief**

94. Under the Declaratory Judgment Act, 28 U.S.C. §§ 2201, et seq., after review of the case, the Plaintiff will respectfully request that the Court declare that he is the rightful owner of his Facebook account, as identified herein and in the exhibits.

95. The Plaintiff plans to put this in Motion form after Defendant Meta Platforms Inc. makes an appearance in this case, after checking first to see if Meta will stipulate to the Plaintiff being the rightful owner of the accounts, upon review of evidence provided by the Plaintiff.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

1  **Planned Injunctive Relief**

2  96. After the Court is satisfied that the Plaintiff is the rightful owner of the Facebook accounts in

3
   question, the Plaintiff will further respectfully request that the Court order Facebook to return
4
   the Plaintiff's Facebook account to the Plaintiff, the rightful owner.
5

6  97. The Plaintiff will put this in the form of a Motion after Defendant Facebook makes an

7     appearance in this case.

8  98. As with the planned declaratory relief above, before this planned and requested injunctive relief,

9     the Plaintiff will first check with Meta to see if Meta will stipulate to returning his Facebook
10
      account to him.
11

12
                                **Count I – Negligence**
13

14

15  99. The Plaintiff realleges paragraphs 1-98 as if fully set out herein.

16  100.           Defendant Meta has and had legal duties to the Plaintiff, as a customer of Meta

17     Platforms, Inc.

18  101.           In his requests to get his Facebook account back, the Plaintiff made Defendant
19
       Facebook and Facebook employees aware of the harm and losses he was suffering in not getting
20
       his Facebook accounts back.
21

22  102.           Facebook employees shirked their duties and were negligent in not helping the

23     Plaintiff get his Facebook accounts back.

24  103.           For example, the Plaintiff did not even receive a single reply from the person who

25     manages the hacked@fb.com email that is one of the ways Facebook customers can get back
26

14

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE
also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

1   their hacked or hijacked Facebook accounts.

2   104.        Facebook employees' negligence in not helping the Plaintiff get his account back

3   was the proximate cause of the Plaintiff's damages, causing him financial harm in multiple

4   categories, among them the loss of revenue he otherwise would have earned.

5

6   105.        Facebook is responsible for the negligent acts of its employees under *respondeat*

7   *superior* and vicarious liability.

8   106.        The Plaintiff was damaged by Facebook's negligence, in losing revenues he

9   otherwise would have earned.

10  107.        All allegations including the precise amount of damages shall be fully proven at

11  trial.

12

13

14  [Prayer for Relief follows]

15

16  WHEREFORE, PLAINTIFF PRAYS:

17

18  (a) As to Count I for all direct and consequential damages the Plaintiff incurred as a proximate result

19  of the Defendant's negligence;

20  (b) For reasonable compensation for the value of his time in representing himself while he cannot

21  afford an attorney (*quantum meruit*);

22

23  (c) For reasonable future attorney's and paralegal fees and costs including administrative, filing,

24  service, Court reporter, jury fees, travel costs and for all other reasonable costs of this action and;

25  (d) For such other and further relief as this Court deems just and proper.

26

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**

RESPECTFULLY SUBMITTED

Carl A. Wescott, *pro se*
March 23rd, 2024

---

## **VERIFICATION**

I, Carl A. Wescott, under penalties provided by California and Arizona law as well as the federal laws of the United States of America, certify that the facts set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR NEGLIGENCE**
**also seeking DECLARATORY RELIEF and INJUNCTIVE RELIEF**



## ASSIGNMENT OF CAPITAL IDEAS, WLL CLAIMS

WHEREAS, CAPITAL IDEAS, WLL ("CAPITAL IDEAS"), is the owner of legal claims ("the claims") related to DCSS and Ms. Monette Stephens.

COMES NOW, CAPITAL IDEAS, that hereby sets forth and agrees as follows:

1. For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, CAPITAL IDEAS hereby assigns all legal right, title, and interest it may have in the claims, to Carl A. Wescott ("Wescott").

2. CAPITAL IDEAS waives all right, title, claim and interest in these legal claims, whatever it or they may be, to Wescott free and clear of any claims of itself.

3. Wescott shall have all legal rights and claim to the assigned legal claims. Wescott shall be afforded all legal rights and responsibilities pursuant to the legal claims as if he had personally done the deals that CAPITAL IDEAS did, and as if Wescott would have personally received the related revenues.

4. CAPITAL IDEAS makes no warranties or representations regarding the legal claims, and Wescott enters this Assignment after further review of the timeline and sequence of events.

5. Each party has had the opportunity to seek the guidance of an attorney of their own choosing in entering into this agreement.

6. In witness whereof, the Assignor CAPITAL IDEAS and the Assignee Carl Wescott have both executed this assignment on the March 2024 date set forth below. The assignment shall be effectuated when both parties have signed.

Assignor CAPITAL IDEAS
March 20th, 2024

Assignee Carl Wescott
March 20th, 2024

1

Mail - Carl Wescott - Mail Basic

12/1/23, 6:19 PM

# my account (Kalle Wescott) was taken over by someone else

*Exhibit B*

Carl Wescott <carl.wescott@capitalide.as>          11/11/2023 11:03 PM

To  hacked@fb.com,  carl.wescott@capitalide.as

Reply    Reply all    Forward    Delete    Add to Safe Senders    Add to Blocked Senders    ≡

Hello.

My name is Carl Wescott.  (I'm Finnish-American, and Kalle is the Finnish version of "Carl" - same name).

I was SIM-hacked, and from there the criminals took over my email accounts (using recovery which was my cell phone which they controlled), other accounts (LinkedIn and Facebook), and my laptops (recovery was cell phone), shutting me out of all of them.

This happened about two months ago.

I bought a new laptop and have a new email address, carl.wescott@capitalide.as (this one).

I recovered my LinkedIn account.

But I can't recover my Facebook account (which is tied to carl.wescott.dxb@gmail.com and +971 55 298 0278).

I reported it hacked/compromised.

I've lost access to my emails (carl.wescott.dxb@gmail.com and carlwescott2022@gmail.com).  I also left the UAE and don't have access to +971 55 298 0278.

I logged in  and was able to provide the last 2 passwords to Facebook that I had (from two months ago).  But someone has changed my password and presumably done other things to the account.

I can prove that I am Carl Wescott (passport, driver's license and more) and that this has been  my FB account for many years.

I have the cell phone that used to be on the account 276 773 7377 and it's still active.

Can you please help me recover my account?

Thank you

--Carl   +1 276 773 7377

Feedback

Mail: Re: New Cases          ▢

Mail - Carl Wescott - Mail Basic

12/1/23, 6:20 PM

## Re: my account (Kalle Wescott) was taken over by someone else

11/12/2023 1:07 PM

Carl Wescott <carl.wescott@capitalide.as>

To  hacked@fb.com

Reply    Reply all    Forward    Delete    Add to Safe Senders    Add to Blocked Senders    ☰

📎 2 attachments  ▸    View    Download

PS Obviously, I can provide my passport, driver's license, do a video call where I show these and more.

I also can show my screen of entering my last two passwords, from about two months ago, which gets me to this screen:

# We'll send you a code to your email

### We can send a login code to:

carl.wescott.dxb@gmail.com
c******2@gmail.com



**Carl Wescott**

Not you?

Log in with password

**Try another way**    **Continue**

December 19th, 2023



Mr. Tim Alison
Head of Facebook
Meta
1 Hacker Circle
Menlo Park, CA 94025

Dear Mr. Alison:

I'm sure you are super-busy, so straight to the point.

I lost my Facebook account due to the activities of criminals (the Bob Block Criminal Gang) who SIM-hacked me to take over my Facebook account and some laptops via account recovery.

Because the criminals changed my contact information within my account and changed my passport, I cannot recover my facebook account.

I've emailed Hacked@Fb.COM and other email addresses to no avail.

I'm attaching my affidavit (attached) that I created that Facebook account and that I am the owner of the Facebook account. I can prove in many ways that I am the Carl Wescott (aka Kalle Wescott) that created that Facebook account and own that gmail account.

Would you kindly have someone in your support organization help me get my account back?

I'm ready to provide any and all further information, can do a quick video call with my passport, can provide the two most recent passwords (just not the new one that the criminals changed it to), and other reasonable verifications. Thank you!

--Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258
+ 1 276 773 7377

1  CARL WESCOTT
   8210 E. VIA DE LA ESCUELA
2  SCOTTSDALE, AZ 85258
   +1 276 773 7377
3

4  # EXHIBIT A: DECLARATION AND SWORN AFFIDAVIT OF CARL A. WESCOTT

5

6

7      I, Carl A. Wescott, hereby swear under penalty of perjury of the laws of Arizona and the

8  laws of California, that the following facts are true, to the best of my memory, recollection, and

9  belief:

10  1.    I am 56 years old, and a resident of Scottsdale, Arizona.

11  2.    I am competent to testify.

12  3.    Were I to be called to testify in this matter, my testimony would be as follows, and until that

13

14      point, my written testimony is as such:

15  4.    All of the statements in my letter to Mr. Alison are true and correct.

16  5.    I created the relevant Facebook account (mentioned in Exhibit B) and am the owner of it.

17  6.    I greatly value my Facebook account and relationships with my friends, family and others

18      I'm connected to on Facebook.

19  7.    I really need my Facebook account back and I appreciate your help.

20

21

22      FURTHER AFFIANT SAYETH NAUGHT                    _____
                                                              Carl A. Wescott

23

24

25

26

## DECLARATION & SWORN AFFIDAVIT REGARDING FACEBOOK ACCT

Mail - Carl Wescott - Mail Basic

12/1/23, 6:19 PM

# my account (Kalle Wescott) was taken over by someone else

*EXHIBIT B*    11/11/2023 11:03 PM    🔖

Carl Wescott <carl.wescott@capitalide.as>
To  hacked@fb.com,  carl.wescott@capitalide.as

Reply    Reply all    Forward    Delete    Add to Safe Senders    Add to Blocked Senders    ☰

Hello.

My name is Carl Wescott.  (I'm Finnish-American, and Kalle is the Finnish version of "Carl" - same name).

I was SIM-hacked, and from there the criminals took over my email accounts (using recovery which was my cell phone which they controlled), other accounts (LinkedIn and Facebook), and my laptops (recovery was cell phone), shutting me out of all of them.

This happened about two months ago.

I bought a new laptop and have a new email address, carl.wescott@capitalide.as (this one).

I recovered my LinkedIn account.

But I can't recover my Facebook account (which is tied to carl.wescott.dxb@gmail.com and +971 55 298 0278).

I reported it hacked/compromised.

I've lost access to my emails (carl.wescott.dxb@gmail.com and carlwescott2022@gmail.com).  I also left the UAE and don't have access to +971 55 298 0278.

I logged in  and was able to provide the last 2 passwords to Facebook that I had (from two months ago).  But someone has changed my password and presumably done other things to the account.

I can prove that I am Carl Wescott (passport, driver's license and more) and that this has been  my FB account for many years.

I have the cell phone that used to be on the account 276 773 7377 and it's still active.

Can you please help me recover my account?

Thank you

---Carl    +1 276 773 7377

Feedback

Mail: Re: New Cases    ⬜

12/1/23, 6:20 PM                                   Mail - Carl Wescott - Mail Basic

## Re: my account (Kalle Wescott) was taken over by someone else

Carl Wescott <carl.wescott@capitalide.as>                    11/12/2023 1:07 PM      🔖

To  hacked@fb.com

Reply    Reply all    Forward    Delete    Add to Safe Senders    Add to Blocked Senders    ☰

✎  2 attachments  ▸    View    Download

PS Obviously, I can provide my passport, driver's license, do a video call where I show these and more.

I also can show my screen of entering my last two passwords, from about two months ago, which gets me to this screen:

# We'll send you a code to your email

## We can send a login code to:

carl.wescott.dxb@gmail.com
c******2@gmail.com



**Carl Wescott**

Facebook user

Not you?

Log in with password                    Try another way          Continue

‥‥‥‥·‥  ‥‥·‥‥‥‥‥dxb@gmail.com nor carlwescott2022@gmail.com