Monday March 17th, 2024

Clerk of the Court
United States District Court
District of California – Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Dear Clerk of the Court:

Re: (*Wescott versus Meta Platforms, Inc.*)

Dear Clerk:

I'm initiating a new legal complaint, *Wescott versus Meta Platforms, Inc.*

The basis for federal court is diversity of citizenship (28 USC 1332) with damages above $75k.

I hope and believe I've enclosed everything you and the court will need to file and docket the case:

- One Civil Cover Sheet
- Two Plaintiff's Legal Complaints
- One Request to Proceed *in forma pauperis with*

If I left anything out or made any mistakes, would you kindly call me so I can send in whatever's missing?... My cell phone is +1 276 773 7377, and email below.

Thanks so much.  Sincerely

*[signature: CA Wescott]*

Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258
+1 276 773 7377