

# PRIORITY MAIL

## UNITED STATES POSTAL SERVICE®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**

VISIT US AT USPS.C

EP14F May 2020

