UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>META PLATFORMS, INC.,<br><br>        Defendant. | Case No. 24-cv-01866-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 8 |

The Court has reviewed Magistrate Judge Thomas Hixson's report and recommendation, ECF No. 8, to dismiss Plaintiff's complaint, ECF No. 1, without prejudice. "Plaintiff has made no appearance since filing his complaint" in March 2024. ECF No. 8 at 1. Judge Hixson ordered Plaintiff to show cause by July 5, 2024 why this case should not be dismissed for failure to prosecute and comply with court deadlines. ECF No. 7. No response was received. Because not all parties have consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c), Judge Hixson requested that this case be reassigned to a district judge for disposition, with the recommendation that the Court dismiss this case without prejudice for failure to prosecute and comply with court deadlines. ECF No. 8 at 4. As of July 24, 2024, Plaintiff has not filed objections to Judge Hixson's report and recommendation. Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: July 29, 2024



JON S. TIGAR
United States District Judge